SEKI, NISHIMURA & WATASE, LLP
Andrew C. Pongracz (SBN 258554)
    apongracz@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel: (213) 481-2869
Fax: (213) 481-2871

Attorneys for Defendant and Cross-Complainant
Hammon Plating Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.P. MUGGIE & SONS, LLC, a California limited liability company, <br><br>     Plaintiff, <br><br>     vs. <br><br> Galen O. Wooten, Personal Representative Of The Estate Of Thomas Wooten, HAMMON PLATING CORPORATION, a California corporation, and DOES 1-50, inclusive <br><br>     Defendants. <br><br> AND CROSS-COMPLAINT | Case No.: <br><br> Santa Clara Superior Court Case Number: 16CV297747 <br><br> **NOTICE OF REMOVAL** <br><br> **[28 U.S.C. §§ 1332(a); 1441(b)]** <br><br><br> **Case Filed:**    **July 18, 2016** <br> **Case Removed: October 12, 2016** |

## TO THE HONORABLE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:

Defendant Hammon Plating Corporation by and through their undersigned counsel of record at Seki, Nishimura & Watase, LLP, hereby removes this action from the Superior Court of the State of California, County of Santa Clara, to the United States District Court for the Northern District of California, and sets forth in support of its Notice of Removal of Action the following:

1.  On or about July 18, 2016 Plaintiff G.P. Muggie & Sons, LLC commenced an action in the Superior Court for the County of Santa Clara, State of California entitled G.P. MUGGIE & SONS, LLC v. Wooten et al; Case Number 16CV297747.  A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

## DIVERSITY AND SUPPLEMENTAL JURISDICTION EXIST

2.  Plaintiff G.P. Muggie & Sons, LLC is a California Corporation.

3.  Defendant Galen O. Wooten is an Idaho resident.

4.  Defendant Hammon Plating Corporation is a California Corporation.

5.  Concurrently with this Notice, Hammon is filing a cross-complaint for Indemnity against Ms. Wooten.  This is a civil action over which the Court has original jurisdiction based on the complete diversity between the parties to the cross-complaint.  Pursuant to 28 U.S.C. § 1332(a) this Court has jurisdiction over the Cross-Complaint.  This Court also has supplemental jurisdiction over the Complaint.  Pursuant to 28 U.S.C. § 1441(b) the matter can be removed to this Court because the cross-complaint is a civil action between citizens of different states and the controversy exceeds $75,000, exclusive of interest and costs.

6.  There is existing litigation now pending in this Court between Hammon Plating and Ms. Wooten.  *Hammon Plating Corporation v Wooten et al. 5:16-CV-03951-LHK* was removed to this Court on or about July 13, 2016.  That matter is at issue before Judge Koh and is set for trial September 18, 2017.  The gravamen of G.P. Muggie & Sons, LLC's complaint in this case is at issue in the existing litigation and Hammon is seeking indemnity from such claims in the existing litigation.

## ALL OTHER REQUIREMENTS FOR REMOVAL ARE MET

7.  This Notice of Removal of Action is being filed within thirty (30) days of Defendant Hammon Plating Corporation's receipt of service of process.

8.  Removal to this Court is proper as the Superior Court of the State of California, County of Santa Clara, where this action was originally filed, is located within this district.

9.  Counsel for Defendant Hammon Plating certifies that a copy of this Notice of Removal of Action will be filed with the Clerk of the Superior Court of the State of California, Count of Santa Clara, and that counsel will give notice of same to counsel for both Plaintiff G.P. Muggie & Sons, LLC and Defendant/ Cross-Defendant Ms. Wooten.  A true and correct copy of the Notice of Removal to be filed in Santa Clara Superior Court is attached hereto as **Exhibit B.**

10. Wherefore, defendant Hammon Plating Corporation respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully Submitted,

Dated: October 12, 2016                    SEKI, NISHIMURA & WATASE, LLP

/s/ Andrew C. Pongracz

By:_____

ANDREW C. PONGRACZ
Attorneys for Hammon Plating Corporation

NOTICE OF REMOVAL